LAW OFFICES
# MARIA A. TURCO, L.L.C.
21 BRANT AVENUE
CLARK, NEW JERSEY 07066

MARIA TURCO GULYAS
MEMBER NJ & NY BARS
MTURCO@TURCOLAWNJ.COM JGULYAS@TURCOLAWNJ.COM

JOHN D. GULYAS

TELEPHONE (973) 444-7063
FACSIMILE (732) 340-0610

December 27, 2019

**via facsimile (973) 645-4549 and electronic filing**
Honorable Joseph A. Dickson, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Court Room MLK 2D
Newark, NJ 07101

RE:  Eady v. Tapfury, LLC, et al.
     Docket No.: 2:17-cv-13483-ES-JAD

Dear Judge Dickson,

Kindly accept this joint submission on the status of the litigation in the above referenced matter. The Scheduling Order of October 9, 2019 specified document discovery to be completed by December 15, 2019. Defendant provided Rule 26 disclosure on October 30, 2019. Plaintiff has yet to provide Rule 26 disclosure. Although document discovery has not been completed the parties will be able to meet the fact discovery deadline of April 30, 2020.

The deposition of the individual defendant has tentatively been scheduled for March 12, 2020 at defense counsel's office in New York. Plaintiff anticipates one other deposition of an employee of defendant KickBack, Inc., but are awaiting confirmation that he is still employed. Deposition of the plaintiff, although not scheduled, is anticipated to be concluded during the month of February, following completion of document discovery.

Experts have yet to retained by either party, but it is anticipated that plaintiff will have a single expert.

David Gray, Esq.
Brill Legal Group, PC
64 Hilton Avenue,
Hempstead, NY 11550
Phone: (516) 206-2002
Facsimile: (917) 259-6930
Counsel for Defendant

John D. Gulyas, Esq.
Law Office of Maria A. Turco
21 Brant Avenue
Clark, NJ 07066
Phone: (973) 444-7063
Facsimile: (732) 340-0610
Counsel for Plaintiff